THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JOHAN ANDRES VELASQUEZ MONTILLO,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>NATE BROOKSBY, Washington County Sheriff; RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); BRIAN HENKE, Field Office Director for Las Vegas/Salt Lake City; KRISTI NOEM, Secretary United States Department of Homeland Security; PAMELA BONDI, U.S. Attorney General<br><br>　　　　　　Respondents. | EMERGENCY ORDER CONCERNING STAY OF TRANSFER OR REMOVAL<br><br>Case No. 4:26-cv-00018-DN-PK<br><br>District Judge David Nuffer |

　　　　The petitioner in this action is a foreign national who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), alleging they are being unlawfully confined in violation of the Constitution and laws of the United States. The Court ORDERS as follows:

## 1　ORDER

　　　　To provide a fair opportunity for the judge to whom this case is randomly assigned to review the merits of the petition and rule on any contested issues of jurisdiction, the respondent(s) shall not: a) transfer the petitioner out of the District of Utah, if the petitioner is within the District of Utah at the time this Order issues; or b) remove the petitioner from the jurisdiction of the United States, if the petitioner is outside of the District of Utah but within the jurisdiction of the United States at the time this Order issues.  This Order shall remain in effect

for 48 hours from the time it is docketed, unless the judge assigned to preside over this case orders otherwise.

## 2   SERVICE OF ORDER

The Clerk of this Court shall serve a copy of the petition and this Order, via email, on the United States Attorney for the District of Utah and the civil duty attorney for the United States Attorney's Office in this District.

Signed February 17, 2026.

BY THE COURT

_____
David Nuffer
United States District Judge

United States District Court
for the
District of Utah
February 17, 2026

******MAILING CERTIFICATE OF THE CLERK******

RE:   4:26cv00018 DN-PK
      Velasquez Montillo v. Brooksby et al


Joseph M. Hood
US ATTORNEY'S OFFICE
via email

Angela Marie Reddish-Day
US ATTORNEY'S OFFICE
via email

Melissa Holyoak
US ATTORNEY'S OFFICE
via email

Benjamin C. McMurray
FEDERAL PUBLIC DEFENDER
via CM/ECF

_____

Aimee Trujillo