THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JOHAN ANDRES VELASQUEZ MONTILLO,<br><br>                Plaintiff,<br><br>v.<br><br>NATE BROOKSBY, Washington County Sheriff; RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); BRIAN HENKE, Field Office Director for Las Vegas/Salt Lake City; KRISTI NOEM, Secretary United States Department of Homeland Security; PAMELA BONDI, U.S. Attorney General,<br><br>                Defendant. | **SECOND NOTICE OF BRIEFING REQUIRMENTS AND ORDER**<br><br>Case No. 4:26-cv-00018-DN-PK<br><br>District Judge David Nuffer |

On February 24, 2026, at 3:00 PM a status conference was held attended by all parties.[1] The parties provided important information and arguments, responding to many questions. The matters presented raise complex questions of statutory interpretation and constitutional due process. These questions have not been settled by the Tenth Circuit. To resolve them, more information is needed. There is some uncertainty as to the nature and possible outcomes of the master calendar hearing set February 26, 2026.

---

[1] Notice of Briefing Requirements and Hearing, docket no. 15, filed February 18, 2026.

A decision on the Petition for Writ of Habeas Corpus[2] ("Petition") will not be issued until after Mr. Velasquez's February 26, 2026, master calendar hearing before the Las Vegas Immigration Court.

Before 2:00 PM February 27, 2026, each party shall file a supplemental brief addressing what occurred at master calendar hearing, including:

1) the outcome of Mr. Velasquez's February 26, 2026, master calendar hearing;

2) whether the immigration court issued any orders; scheduled future proceedings; and the legal implications of those developments for Mr. Velasquez's immigration status;

3) the status of Mr. Velasquez's pending asylum claim; and

4) the effect, if any, of the immigration court's proceedings on Mr. Velasquez's Petition.

The Order to Show Cause remains in full effect.[3] Mr. Velasquez may not be removed from the country and may not be moved from the Nevada Southern Detention Center without prior authorization from this Court.

Upon receipt of the second supplemental briefs, a determination will be made on whether the record is sufficient to rule on the Petition or whether further information is necessary.

Signed February 25, 2026.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[2] Petition for Writ of Habeas Corpus, docket no. 1, filed February 14, 2026.

[3] Order to Show Cause, docket no. 12, filed February 18, 2026.